

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00075-CR

**KENNETH DWAYNE CLEMONS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 34488CR

## MEMORANDUM  OPINION

Kenneth Dwayne Clemons attempts to appeal from his conviction for the offense of evading arrest with a vehicle. The sentence was imposed on April 15, 2010, and Clemons filed his notice of appeal on March 2, 2017. Clemons's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1).

Accordingly, the appeal is dismissed. [1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 22, 2017
Do not publish
[CR25]



petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).

Clemons v. State                                                              Page 2